
# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

Pierre Gardner , Petitioner,

Full Name (under which you were convicted)

679513

Prisoner Number

Wisconsin Resource Center

Place of Confinement

vs.

Docket No. **24-C-0196**

(to be supplied by Clerk)

_____ , Respondent.

Authorized Person Having Custody of Petitioner

## PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2254
## BY A PERSON IN STATE CUSTODY

Caution: THIS IS NOT THE FORM TO BE USED, IF YOU CLAIM THAT YOUR FEDERAL SENTENCE OR CONVICTION IS UNLAWFUL, OR IF YOU ARE A PRETRIAL DETAINEE CHALLENGING YOUR PRECONVICTION CUSTODY, A FEDERAL PRISONER CHALLENGING THE EXECUTION OF YOUR SENTENCE OR AN ACTION TAKEN BY THE BUREAU OF PRISONS, OR A PERSON IN CUSTODY CHALLENGING AN IMMIGRATION-RELATED ORDER.

I. **SUBJECT OF THIS PETITION**

A. Name and location of the state court that entered the judgment of conviction which you are challenging

Milwaukee County Circuit Court, Safety Building Room 117, Branch 28, 821 West State Street, Milwaukee, WI 53233

B. Criminal docket or case number   2016CF004431

C. Date of the judgment of conviction   1-25-2019

D. Date of sentencing   4-5-2019

E. Length of sentence   33 years confined 15 years supervision

F. In this case, were you convicted on more than one count or of more than one crime?

☑ Yes   ☐ No

G. Identify all crimes of which you were convicted and sentenced in this case

939.63(1)(b) Use of a dangerous weapon
940.02(1) 1st Degree Reckless Homicide

H. What was your plea? (Check one)

☐ Not guilty   ☐ Guilty   ☑ Insanity plea   ☐ Nolo contendere (no contest)

If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?

I. If you went to trial, what kind of trial did you have? (Check one)

☑ Jury   ☐ Judge only

    J.  Did you testify at a pretrial hearing, trial, or a post-trial hearing?

        ☑ Yes    ☐ No

        If yes, state the type(s) of hearing or proceeding

        Trial

## II.  DIRECT STATE APPEAL OF CONVICTION

    A.  Did you appeal from the judgment of conviction?

        ☑ Yes    ☐ No

        If yes, attach the decision(s) that resolved your appeal and answer the following questions:

        1.  Date of filing appeal  4-5-2019

        2.  Grounds raised  1st Amendment violation, Unduly harsh Sentence, ineffective assistance of counsel, Doctor never examined my side of the situation,. Some Drawings & words

        3.  Result  A no merit report was granted

        4.  Date  9-6-2023

    B.  Did you seek further review by the highest state court?

        ☐ Yes    ☑ No

        If yes, attach the decision(s) that resolved your petition for review and answer the following questions:

        1.  Date of filing of petition for review _____

        2.  Grounds raised _____

            _____

            _____

            _____

        3.  Result _____

        4.  Date _____

C. Did you file a petition for certiorari in the United States Supreme Court?

☐ Yes     ☑ No

If yes, attach the decision(s) that resolved your petition for certiorari and answer the following questions:

1. Date of filing petition for certiorari _____

2. Grounds raised _____

   _____

   _____

3. Result _____

4. Date _____

III. STATE POST-CONVICTION RELIEF OTHER THAN DIRECT APPEAL

A. Other than the appeals listed above in Section II, have you previously filed any other state petitions, applications, or motions concerning this state judgment of conviction?

☑ Yes     ☐ No

If yes, attach the decision(s) that resolved your application for state post-conviction relief and answer the following questions:

1. Name of court _Circuit Court_____

2. Docket or case number _2016CF004431_____

3. Date of filing _12-18-2023_____

4. Type of petition, application, or motion filed _Sentence Modification_

5. Grounds raised _1ST Amendment violation_____

   _____

   _____

6. Did you receive a hearing where evidence was given on your petition, application, or motion?

   ☐ Yes     ☑ No

7. Result _Motion was denied_____

8. Date _1-9-2024_

9. Did you appeal to the highest state court having jurisdiction over the action taken on your first state petition, application, or motion?

☐ Yes  ☑ No

B. If you filed a second petition, application, or motion, attach the decision and answer the following questions:

1. Name of court _Circuit Court_

2. Docket or case number _2016CF004431_

3. Date of filing _Sometime in November, 2023_

4. Type of petition, application, or motion filed _974.06_

5. Grounds raised _Duress at plea signing du to meds, 1st Amendment Violation._

6. Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes  ☑ No

7. Result _Terms were brought up in no merit report/Denied_

8. Date _Sometime in December, 2023_

9. Did you appeal to the highest state court having jurisdiction over the action taken on your second state petition, application, or motion?

☐ Yes  ☑ No

C. If you filed a third petition, application, or motion, attach the decision and answer the following questions:

1. Name of court _____

2. Docket or case number _____

3. Date of filing _____

4. Type of petition, application or motion filed _____

5. Grounds raised _____

_____

_____

6. Did you receive a hearing where evidence was given on your petition, application, or motion?

    ☐ Yes   ☐ No

7. Result _____

8. Date _____

9. Did you appeal to the highest state court having jurisdiction over the action taken on your third state petition, application, or motion?

    ☐ Yes   ☐ No

## IV. GROUNDS FOR RELIEF

For this petition, state every ground supporting your claim that you are being held in violation of the Constitution, laws, or treaties of the United States.  If you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

Attach additional pages if you have more than four grounds.  State the facts supporting each ground.

CAUTION:  To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court.

Ground One _1ST Amendment Violation_____

_____

_____

Supporting FACTS (Briefly summarize the facts without citing cases or law.)

Proof I was exercising religion FACEBOOK:
Tahuti keeperofalltime & My Instagram:
KEEPEROFALLTIME, now my religion is
called Black Egyptian a Nubian religion, my

religion is being violated on Exercising a sacrifice do to a oath violation, this sacrifice is being viewed as a kill & death, my religion counts this situation as a sacrifice because a oath was agreed & promised before the sacrifice therefore the oath filters the sacrifice as a sacrifice, Grounds are religion was exercised so no law violation.

If you did not exhaust your state remedies on Ground One, explain why.

Who ya'll know with a situation like this, A OATH! I had to come to the Federal Court, do that only Elites will understand.

Ground Two Wisconsin Constitution Article 1 Section 18. was violated

Supporting FACTS (Briefly summarize the facts without citing cases or law.)

The Definition of Oath is A solemn promise or statement on something sacred with God as a witness, The Definition of Sacrifice is A offering of something prescious to a God, These two words I've defined Both deal with God so I was deprived of Ground two because my God as the universe for me to worship got me incarcerated for offering Nya to our God

If you did not exhaust your state remedies on Ground Two, explain why.

I couldn't explain this unique offering for the lower courts to understand, so I had to come to the Federal Court (Elites)

Ground Three Wisconsin Constitution Article 1 Section 9m

Supporting FACTS (Briefly summarize the facts without citing cases or law.)

If Nya & Nya relatives felt as victim why wasn't a 9-1-1 call made, and on top of that I was on Social Security Income for a mental Illness so I was incompetent making Nya no victim do to me having no H.S, E.D, or College Degrees as a competent person would have the certificates above which would make Nya a victim of that person who has such certificates above, Techinically Nya isn't a victim so I shouldn't be held criminally responsible, Im Incompetent

If you did not exhaust your state remedies on Ground Three, explain why.

This constitution is rarely used do that most courts Found people are competent, so I'm using it now in Federal Court

GROUNDS FOR RELIEF - continued

Ground Four __14TH Amendment violation_____

_____

_____

Supporting FACTS (Briefly summarize the facts without citing cases or law.)

My religion has been discriminated against
by the circuit & Appeal Court, this violation
& discrimination is uncaused for, and
Also my religion is based on Nubians
way of life no offense I don't go by
the Europeans or Arabics theory on my
ancestors I have my own perspective
which I'm entitled to, yet I'm looked
at as if I come from a different planet,
I have a source for my Factual beliefs
which is Egypt

_____

If you did not exhaust your state remedies on Ground Four, explain why.

I've expressed evidence for my religion in the
lower courts but evidence wasn't accepted
so I had to come to the federal Court (Elites)

V. PRIOR FEDERAL CHALLENGES

    A. Have you previously filed any type of petition, application, or motion in a federal court regarding the state conviction that you are challenging in this petition?

       ☐ Yes      ☑ No

    If yes, attach the decision(s) that resolved your prior federal court challenge and answer the following questions:

    1. Name of court _____

<u>PRIOR FEDERAL CHALLENGES</u> - continued

    2.  Docket or case number _____

    3.  Date of filing _____

    4.  Type of petition, application, or motion filed _____

    5.  Grounds raised _____

        _____

        _____

        _____

        _____

        _____

    6.  Did you receive a hearing where evidence was given on your petition, application, or motion?

        ☐ Yes  ☑ No

    7.  Result _____

    8.  Date _____

    9.  Did you appeal the action taken on your first federal petition, application, or motion to a federal court of appeals?

        ☐ Yes  ☑ No

      If yes, attach the decision(s) that resolved your appeal and answer the following questions:

      a.  Name of court _____

      b.  Docket or case number _____

      c.  Date of filing _____

      d.  Type of petition, application, or motion filed _____

      e.  Grounds raised _____

          _____

          _____

          _____

      f.   Result _____

      g.   Date _____

B.   Did you file a petition for certiorari in the United States Supreme Court?

    ☐ Yes      ☑ No

If yes, attach the decision(s) that resolved your petition for certiorari and answer the following questions:

1.   Date of filing petition for certiorari _____

2.   Grounds raised _____

    _____

    _____

    _____

3.   Result _____

4.   Date _____

VI.   REPRESENTATION

A.   Give the name and address of each attorney who represented you in the following:

1.   At preliminary hearing _Calvin Malone_____

    _____

2.   At arraignment and plea hearing _Calvin Malone_____

    _____

3.   At trial _Calvin Malone_____

    _____

4.   At sentencing _Calvin Malone_____

    _____

5.   On direct appeal _Lauren J. Breckenfelder_____

    _____

## REPRESENTATION - continued

6. In any state post-conviction proceeding _Lauren J. Breckenfelder_

_____

7. On appeal from any ruling against you in a state post-conviction proceeding _____

_Lauren J. Breckenfelder_

_____

## VII. REQUEST FOR RELIEF

State exactly what you want the court to do for you.

_I want the court to release me do that Nya_
_knew what she promised & agreed to and_
_later Nya relatives became aware of our oath_
_which Nya told them she agreed & promised_
_to as my mate/babymama/Goddess._

## VIII. DECLARATION UNDER PENALTY OF PERJURY

I, the undersigned, hereby declare under penalty of perjury that the foregoing information is true and correct.

Signed this ___5TH___ day of ___February___ , 20 _24_ .

___Pierre Gardner___
Signature of Petitioner

_____
(Signature of lawyer, if any)

If you are signing the petition and are not the petitioner, state your relationship to the petitioner and explain why the petitioner is not signing this petition.

_____

_____

_____

IX. <u>CERTIFICATE OF INMATE MAILING</u> - Optional

If you deposit your petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 in your prison/institutional/jail mailing system and attach first-class postage pre-paid, and complete and sign this statement, you will establish the filing date as the date of deposit in that mailing system.

I, the undersigned, hereby declare under penalty of perjury that I placed this petition for a writ of habeas corpus under 28 U.S.C. § 2254 in the prison/institutional/jail mailing system with prepaid, first-class postage on _February 5, 2024_____.
                                    (month, day, year)

Signed this ___5 TH___ day of ___February_____, 20 24.

___Pierre Gardner_____
Signature of Petitioner